IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

---

SMARTCRUISER.COM, LLC,

      Plaintiff,

v.

CRUISECOMPETE, LLC,

      Defendant.

Case No. 4:12-CV-00473

**JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS WITH PREJUDICE**

---

COME NOW the Plaintiff, SmartCruiser.com, LLC and the Defendant, CruiseCompete, LLC, and, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c) and Local Rule 41.a.2, having reached a settlement, hereby jointly stipulate to the dismissal of all claims and counterclaims brought by the respective parties to date in this matter, with prejudice, with each of the parties responsible for their own costs and fees.

/s/ Brett J. Trout
Brett Trout  AT0008075
Law Offices of Brett J. Trout, P.C.
516 Walnut Street
Des Moines, Iowa 50309
Telephone: (515) 288-9263
Facsimile: 515-280-7114
trout@bretttrout.com

/s/ E.J. Flynn
E.J. Flynn  AT0009633
Flynn Law Firm, P.L.C.
12257 University Ave., Ste. 200
Clive, Iowa 50325
Telephone: 515-710-8571
Facsimile: 515-255-8681
ejflynn@flynnlawia.com

ATTORNEYS FOR PLAINTIFF
SMARTCRUISER.COM, LLC

/s/ Mark S. Levinstein
Mark S. Levinstein, *pro hac vice*
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone:  (202) 434-5012
Facsimile:  (202) 434-5029
E-mail:  mlevinstein@wc.com

/s/ David W. Nelmark
David W. Nelmark  AT0005677
Stephen H. Locher
Belin McCormick, P.C.
666 Walnut Street, Suite 2000
Des Moines, IA 50309

ATTORNEYS FOR DEFENDANT
CRUISECOMPETE, LLC

## CERTIFICATE OF SERVICE

I hereby certify that, on April 15, 2013, a true and correct copy of the foregoing document was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all parties to the above cause via each of the attorneys of record herein at their respective addresses as disclosed within the pleadings.

/s/ E.J. Flynn
E.J. Flynn